1
2
3
4
5
6
7

JS-6

8 **UNITED STATES DISTRICT COURT**

9 **CENTRAL DISTRICT OF CALIFORNIA**

10

11 ANTHONY D. R.,[1]                          Case No. CV 20-09215 PVC

12                     Plaintiff,

13          v.                                **JUDGMENT**

14 KILOLO KIJAKAZI, Acting
   Commissioner of Social Security,[2]

15
                     Defendants.
16

17

18          IT IS ADJUDGED that the decision of the Commissioner is AFFIRMED and that

19 the above-captioned action is dismissed with prejudice.

20

21 DATED:  March 7, 2022

22

23                                           _____
24                                           PEDRO V. CASTILLO
                                             UNITED STATES MAGISTRATE JUDGE
25 _____
   [1] The Court partially redacts Plaintiff's name in compliance with Federal Rule of Civil
26 Procedure 5.2(c)(2)(B) and the recommendation of the Committee on Court
   Administration and Case Management of the Judicial Conference of the United States.
27
   [2] Kilolo Kijakazi, Acting Commissioner of the Social Security Administration, is
28 substituted for her predecessor originally named in the Complaint.  *See* 42 U.S.C.
   § 405(g); Fed. R. Civ. P. 25(d).